# TIFFANY & BOSCO
### P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
20-01763

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| John Arthur Sebert, Jr. and Abbie Faye Willard | Case No. 4:20-bk-08876-SHG |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

TIAA, FSB, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 5th day of August, 2020.

> Respectfully submitted,
>
> TIFFANY & BOSCO, P.A.
>
> BY /s/ LJM #014228
>     Mark S. Bosco
>     Leonard J. McDonald
>     Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | August 5, 2020 to: |
| 3 | John Arthur Sebert, Jr. and Abbie Faye Willard |
| 4 | 6278 N. Calle Del Halcon |
| | Tucson, AZ  85718 |
| 5 | Debtors |
| 6 | Matthew Thomas Foley |
| | 4400 E. Broadway |
| 7 | Suite 811 |
| | Tucson, AZ  85711 |
| 8 | Attorney for Debtors |
| 9 | Diane C. Kerns |
| | 31 N. 6th Avenue |
| 10 | Suite 105-152 |
| | Tucson, AZ  85701 |
| 11 | Trustee |
| 12 | |
| | By:  Jesse Ference |