## TIFFANY & BOSCO
### P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
20-01764

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John Arthur Sebert, Jr. and Abbie Faye Willard<br><br>Debtors. | Chapter 13<br><br>Case No. 4:20-bk-08876-SHG<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE |

  Towd Point Mortgage Trust 2019-SJ1, U.S. Bank National Association, as Indenture Trustee, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

  DATED this 11th day of August, 2020.

            Respectfully submitted,

            TIFFANY & BOSCO, P.A.

            BY /s/ LJM #014228
              Mark S. Bosco
              Leonard J. McDonald
              Attorneys for Movant

Case 4:20-bk-08876-SHG    Doc 15    Filed 08/11/20    Entered 08/11/20 15:34:22    Desc
Main Document    Page 1 of 2

COPY of the foregoing mailed
August 11, 2020 to:

John Arthur Sebert, Jr. and Abbie Faye Willard
6278 N. Calle Del Halcon
Tucson, AZ  85718
Debtors

Matthew Thomas Foley
4400 E. Broadway
Suite 811
Tucson, AZ  85711
Attorney for Debtors

Dianne C. Kerns
31 N. 6th Avenue
#105-152
Tucson, AZ  85701
Trustee

By:  Jesse Ference