```
 1  NATHAN F. SMITH, #029780
    MALCOLM ♦ CISNEROS, A Law Corporation
 2  2112 Business Center Drive
    Irvine, California 92612
 3  (949) 252-9400 Phone
 4  (949) 252-1032 Fax

 5  Attorney for LoanCare, LLC servicer for TIAA, FSB
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Bankruptcy Case No. 4:20-bk-08876-SHG |
|---|---|
| JOHN ARTHUR SEBERT, JR. AND ABBIE FAYE WILLARD, | Chapter 13 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that LoanCare, LLC servicer for TIAA, FSB ("TIAA") by and through its undersigned attorney, hereby gives notice of the undersigned attorney appearance in this matter. The undersigned also hereby requests to be added to the Master Mailing List in the bankruptcy and receive all notices in this case TIAA requests that the Master Mailing List be amended to add the following names:

> MALCOLM ♦ CISNEROS, A Law Corporation
> 2112 Business Center Drive
> Irvine, California 92612

This Notice of Appearance and Request for Notice is filed pursuant to Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure.

DATED: February 18, 2021

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*

Nathan F. Smith #029780
Attorney for LoanCare, LLC servicer for TIAA, FSB

**PROOF OF SERVICE**

I am employed by the law firm of Malcolm & Cisneros in the county of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2112 Business Center Drive, Irvine, California 92612

On February 18, 2021, I caused to be served the document entitled**: NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the following interested parties:

| Debtor(s):<br>**JOHN ARTHUR SEBERT, JR.**<br>**6278 N. CALLE DEL HALCON**<br>**TUCSON, AZ 85718**<br><br>**ABBIE FAYE WILLARD**<br>**6278 N. CALLE DEL HALCON**<br>**TUCSON, AZ 85718** | Attorney for Debtor(s):<br>**MATTHEW THOMAS FOLEY**<br>**4400 E. BROADWAY, SUITE 811**<br>**TUCSON, AZ 85711** |
|---|---|
| Trustee:<br>**DIANNE C. KERNS**<br>**31 N. 6TH AVENUE**<br>**#105-152**<br>**TUCSON, AZ 85701** | U.S. Trustee:<br>**U.S. TRUSTEE**<br>**OFFICE OF THE U.S. TRUSTEE**<br>**230 NORTH FIRST AVENUE**<br>**SUITE 204**<br>**PHOENIX, AZ 85003** |

☒ (By Mail) I caused each envelope, with postage prepaid, to be placed in the United States Mail at Irvine, California

☐ (By Hand) I caused each envelope to be delivered by hand

☐ (By Overnight Courier) I caused each envelope, with postage prepaid, to be sent by Federal Express/Express Mail.

☐ (By Facsimile Transmission) I caused each document to be sent by automatic facsimile transmission to the following telephone numbers and confirmed by voice communication that the transmission was received:

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

Dated: February 18, 2021         */s/ Diep Quach*
                                 Diep Quach