IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:

JOHN ARTHUR SEBERT, JR.  CASE NO.: 20-bk-08876-SHG
ABBIE FAYE WILLARD
6278 N. CALLE DEL HALCON
TUCSON, AZ  85718

**CHAPTER 13 TRUSTEE REPORT OF ALLOWED CLAIMS**

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C. Sec. 502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtors' attorney will be paid $2,000.00 through the plan.

Disbursements of plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing was filed with the Clerk of the Bankruptcy Court on or before May 06, 2021, the claims will be paid as allowed and classified on the following list without further notice.

/s/  Dianne C. Kerns   011557
Dianne C. Kerns, TRUSTEE

MATTHEW THOMAS FOLEY  JOHN ARTHUR SEBERT, JR.
LAW OFFICES OF MATTHEW  ABBIE FAYE WILLARD
FOLEY PLC  6278 N. CALLE DEL HALCON
4400 E BROADWAY #811  TUCSON, AZ  85718
TUCSON, AZ  85711

CASE # : 20-08876      **LISTING OF ALLOWED CLAIMS**

| Trustee's Claim # | Creditor Name & Address | Claim Amount | Interest Rate |
|---|---|---|---|
| 0001 | PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA  23541<br>Classified as: Unsecured | $0.00 | 0.00% |
| 0002 | BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA, FL  33634<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/ | 0.00% |
| 0003 | ARIZONA DEPARTMENT OF REVENUE<br>PO BOX 29070<br>PHOENIX, AZ  85038<br>Classified as: Unsecured | $0.00 | 0.00% |
| 0004 | BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA, FL  33634<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/ | 0.00% |
| 0005 | BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA, FL  33634<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/ | 0.00% |
| 0006 | BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>PO BOX 982234<br>EL PASO, TX  79998<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/ | 0.00% |
| 0007 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541<br>Classified as: Unsecured | $11,317.87<br><br><br>POC#14/SCH F/ | 0.00% |
| 0008 | BLITT AND GAINES, PC<br>661 GLENN AVENUE<br>C/O BANK OF AMERICA<br>WHEELING, IL  60090<br>Classified as: Unsecured | $0.00 | 0.00% |

| Trustee's Claim # | Creditor Name & Address | Claim Amount | Interest Rate |
|---|---|---|---|
| 0009 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083<br>  Classified as: Unsecured | $1,668.63<br><br><br><br><br>POC#11/SCH F/ | 0.00% |
| 0010 | CHASE CARD SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON, DE  19850<br>  Classified as: Unsecured | $0.00<br><br><br><br>SCH F/ | 0.00% |
| 0011 | CHASE CARD SERVICES<br>PO BOX 15369<br>WILMINGTON, DE  19850<br>  Classified as: Unsecured | $0.00<br><br><br>SCH F/ | 0.00% |
| 0012 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587<br>  Classified as: Unsecured | $35,164.75<br><br><br><br>POC#9/SCH F/ | 0.00% |
| 0013 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>8000 NORMAN CENTER DR #350<br>BLOOMINGTON, MN  55437<br>  Classified as: Unsecured | $1,312.99<br><br><br><br>POC#10/CBSD | 0.00% |
| 0014 | GURTSEL LAW FIRM<br>C/O BANK OF AMERICA<br>9320 E. RAINTREE DRIVE<br>SCOTTSDALE, AZ  85260<br>  Classified as: Unsecured | $0.00 | 0.00% |
| 0015 | ILLINOIS DEPARTMENT OF REVENUE<br>101 WEST JEFFERSON ST.<br>SPRINGFIELD, IL  62702<br>  Classified as: Unsecured | $0.00 | 0.00% |
| 0016 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101<br>  Classified as: Priority | $6,963.13<br><br><br>A.POC#3/19 T/R/PLN/SCH E | 0.00% |

| Trustee's Claim # | Creditor Name & Address | Claim Amount | Interest Rate |
|---|---|---|---|
| 0017 | MIDLAND CREDIT MGMT<br>PO BOX 2037<br>WARREN, MI  48090<br>Classified as: Unsecured | $520.40<br><br><br>POC#2/SCH F | 0.00% |
| 0018 | NORDSTROM FSB<br>ATTN: BANKRUPTCY<br>PO BOX 6555<br>ENGLEWOOD, CO  80155<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/AMT $0.00 | 0.00% |
| 0019 | PALOMA ENCANTO HOA<br>C/O CADDEN COMMUNITY MANAGEMENT<br>1870 W. PRINCE ROAD &#035;47<br>TUCSON, AZ  85705<br>Classified as: Secured | $0.00<br><br><br><br><br>SCH D/HOA/AMT $0.00/CURR/PLN/PAY O/S PLAN | 0.00% |
| 0020 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541<br>Classified as: Unsecured | $11,239.64<br><br><br>POC#12/SCH F | 0.00% |
| 0021 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587<br>Classified as: Unsecured | $15,660.71<br><br><br><br>POC#4/SCH F | 0.00% |
| 0022 | SELECT PORTFOLIO SERVICING<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165<br>Classified as: Secured | $0.00<br><br><br>A.POC#5/SCH D/2ND MTG/NO ARRS/PLN | 0.00% |
| 0023 | SYNCB/PLCC<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL  32896<br>Classified as: Unsecured | $0.00<br><br><br><br>SCH F/AMT $0.00 | 0.00% |

CASE # : 20-08876   **LISTING OF ALLOWED CLAIMS - CONTINUED**

| Trustee's Claim # | Creditor Name & Address | Claim Amount | Interest Rate |
|---|---|---|---|
| 0024 | TIAA FSB<br>301 W BAY ST<br>JACKSONVILLE, FL  32202<br>Classified as: Secured | $500.00<br><br><br>POC#8/TRANS | 0.00% |
| 0025 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541<br>Classified as: Unsecured | $5,237.42<br><br><br>POC#13/SCH F/ | 0.00% |
| 0026 | LOANCARE LLC<br>PO BOX 37628<br>PHILADELPHIA, PA  19101<br>Classified as: Secured | $0.00<br><br><br>POC#8/SCH D/1ST MTG/PLN/NO ARRS/TRANS | 0.00% |
| 0027 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355<br>Classified as: Unsecured | $22,745.41<br><br><br>POC#6/AMEX | 0.00% |
| 0028 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101<br>Classified as: Unsecured | $5,657.47<br><br><br>A.POC#3/15-16 T/R/ | 0.00% |
| 0029 | CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ  85282<br>Classified as: Unsecured | $1,555.67<br><br><br>POC#1/MACYS | 0.00% |
| 0030 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355<br>Classified as: Unsecured | $10,192.96<br><br><br>POC#7/AMEX | 0.00% |

On claims with Adequate Protection the interest as provided for in the plan, will be entered in the claim after the Adequate Protection is paid.

As of the date of this report, we estimate this plan should run 60 months.  Please be aware that any number of modifications can affect the plan lengths, and as such this number can change.

THIS ORDER IS APPROVED.

Dated: February 4, 2021

Scott H. Gan, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

JOHN ARTHUR SEBERT, JR., and
ABBIE FAYE WILLARD,

Debtors.

Chapter 13 Proceedings

Case No: 4:20-bk-08876-SHG

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| | | |
|---|---|---|
| $ 0.00 for month 1. | (08/2020) | |
| $1,040.00 for month 2. | (09/2020) | |
| $ 520.00 for month 3. | (10/2020) | |
| $ 0.00 for month 4. | (11/2020) | |
| $1,056.99 for month 5. | (12/2020) | |
| $ 533.00 for month 6. | (01/2021) | |
| $ 553.00 each month for months 7 through 60. | (02/2021 - 08/2025) | |

The payments are due on or before the 30th day of each month commencing September 2020. Debtors are advised that if payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term.

Any funding shortfall must be cured before the plan is deemed completed. The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for post-petition years within 14 days of filing them. The purpose is to assist the Trustee in determining any change in debtors' annual disposable income.

2) <u>Other Property</u>. *If the Debtors receive a tax refund in excess of $1,000.00, the Debtors shall pay such refund directly to the Trustee as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.*

3) In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A) (1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

1) <u>Administrative expenses</u>:

<u>Attorney Fees</u>. Matthew T. Foley, shall be allowed total compensation of $4,500.00. Counsel received $2,500.00 prior to filing this case and will be paid $2,000.00 by the Chapter 13 Trustee.

<u>Flat Fee</u>. Counsel for the Debtors has agreed to a total sum of $4,500.00 or less to represent the Debtor. Counsel has agreed to perform the following services through confirmation of the plan:

- [x] All of the below, except Additional Services.
- [x] Review of financial documents and information.
- [x] Consultation, planning, and advice, including office visits and telephone communications.
- [x] Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
- [x] Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
- [x] Attendance at the § 341 meeting of creditors.
- [x] Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
- [x] Reviewing and analyzing creditor claims for potential objections & attendance at hearings.
- [x] Responding to motions to dismiss, and attendance at hearings.
- [x] Responding to motions for relief from the automatic stay, and attendance at hearings.
- [x] Drafting and mailing of any necessary correspondence.
- [x] Preparation of proposed order confirming the plan.
- [ ] Representation in any adversary proceedings.
- [x] Representation regarding the pre-filing credit briefing and post-filing education course.

2) <u>Claims Secured by Real Property</u>:

a. Tiaa Bank, the first mortgage holder on the Debtors' residence located at 6278 N. Calle Del Halcon in Tucson, Arizona, shall be paid directly by the Debtors outside the plan. The Debtors are current on all payments to Tiaa Bank.

b. Tiaa Bank shall be paid $500.00 for its Postpetition Mortgage Fees, Expenses, and Charges through the plan.

c. Select Portfolio Servicing, Inc., the second mortgage holder on the Debtors' residence located at 6278 N. Calle Del Halcon in Tucson, Arizona, shall be paid directly by the Debtors outside the plan. The Debtors are current on all payments to Select Portfolio Servicing, Inc.

d. Paloma Encanto HOA, the homeowner's association on the Debtors' residence located at 6278 N. Calle Del Halcon in Tucson, Arizona, shall be paid directly by the Debtors outside the plan. The Debtors are current on all payments to Paloma Encanto HOA.

3) <u>Claims Secured by Personal Property</u>: **NONE**

4) <u>Unsecured Priority Claims</u>:

a. The Internal Revenue Service shall be paid the sum of $6,963.13 through the plan for the Debtors' 2019 tax obligations.

5) <u>Surrendered Property</u>. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property: **NONE**

6) <u>Other Provisions</u>: **NONE**

7) <u>Unsecured Non-priority Claims</u>. All other claims shall be classified as unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

**DATED AND SIGNED ABOVE**

Approved as to Form and Content by:

Digitally signed by Dianne C. Kerns
Date: 2021.02.04 08:54:21 -07'00'

Dianne Crandell Kerns, Trustee

Matthew T. Foley
Attorney for Debtors.

# PLAN ANALYSIS

(A) **Plan Payment Summary**. If there is a discrepancy between the plan and the plan analysis, then the provisions of plan as confirmed control.

| | | |
|---|---|---:|
| (1) | Trustee's compensation (10% of Total of Plan Payments to Trustee) .............................. | $3,301.20 |
| (2) | Administrative Expenses (§ (C)(2))................................................................... | $2,000.00 |
| (3) | Leases and Executory Contracts (§ (C)(3))........................................................ | $0.00 |
| (4) | Conduit Mortgage Payments (§ (C)(4)(c))......................................................... | $0.00 |
| (5) | Arrearage Claims Secured Solely by Real Property (§ (C)(4)(c))............................ | $0.00 |
| (6) | Postpetition Mortgage Fees, Expenses, and Charges............................................. | $500.00 |
| (7) | Claims Secured by Personal Property or Combination of Real & Personal Property (§ (C)(5)) - Unmodified................................................................................ | $0.00 |
| (8) | Claims Secured by Personal Property or Combination of Real & Personal Property (§ (C)(5)) - Modified | $0.00 |
| (9) | Priority Unsecured Claims (§ (C)(6))................................................................ | $6,963.13 |
| (10) | Unsecured Nonpriority Claims (§ (C)(7)) ......................................................... | $20,247.66 |
| | **Total of Plan Payments**................................................................................ | **$33,011.99** |

(B) **Section 1325 Analysis**.
1) Best Interest of Creditors Test:

| | | |
|---|---|---:|
| a) | Value of Debtor's interest in nonexempt property.................................. | $69,152.89 |
| b) | Plus: Value of property recoverable under avoiding powers..................... | $0.00 |
| c) | Less: Estimated Chapter 7 administrative expenses (pursuant to §326(a))............. | $6,707.64 |
| d) | Less: Estimated Chapter 7 administrative expenses (10.2% of 1(c) above).............. | $684.18 |
| e) | Less: Amount to unsecured priority creditors........................................ | $6,963.13 |
| f) | Less: 6% realtor fee to sell real estate................................................... | $34,556.04 |
| g) | Equals: Estimated amount payable to unsecured non-priority claims if Debtor filed Chapter 7....... | $20,241.90 |

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

2) Section 1325(b) Analysis:

| | | |
|---|---|---:|
| a) | Monthly disposable income under §1325(b)(2), Form B22C, Statement of Current Monthly Income. | $0.00 |
| b) | Applicable commitment period................................................................. | x 60 |
| c) | Section 1325(b)(2) monthly disposable income amount multiplied by 60................ | $0.00 |

(C) **Estimated Amount to Unsecured Non-priority Creditors Under Plan** .................................$20,247.66

The Debtor certifies: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
John Arthur Sebert, Jr., Debtor

_____
Abbie Faye Willard, Joint Debtor